CARLOS C. RUAN, ESQ.
State Bar Number: 165711
721 3rd Avenue
San Diego, CA 91910
Telephone: (619) 498-0706
Facsimile: (323) 544-4822
carlosruan@aol.com

Attorney for Defendant
JONATHAN MANUEL FLORES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(THE HONORABLE CATHY ANN BENCIVENGO)**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  3:23-CR-00512-CAB |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **Defendant's Sentencing** |
| v. | ) | **Memorandum and Letters of** |
|  | ) | **Support** |
|  | ) |  |
| JONATHAN MANUEL FLORES, | ) |  |
|  | ) | Date:  4/4/2025 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) |  |

**To:    Andrew R. Haden, United States Attorney for the Southern District of California; Alicia Phillip Williams, Assistant United States Attorney; Nadine L. Rego, United States Probation Officer:**

Defendant JONATHAN MANUEL FLORES, by and through his counsel, Carlos C. Ruan, hereby files the following Defendant's Sentencing Memorandum.

**I.**

1

**Introduction**

Beginning in June 2022, an Alcohol, Tobacco, and Firearms (ATF) confidential informant (CI) notified agents that they were communicating with a male on the social media platform Instagram regarding the illegal sales of firearms to include pistols and rifles. The CI provided the agent with a screen shot of the male's Instagram profile showing it as "eghost2" with the profile name of "ghost-ol." The CI provided the agent with several videos and photographs of the firearms the individual was willing to sell the CI. The male was later identified as FERNANDO, a citizen of Guatemala. Law enforcement  determined that FERNANDO had never held a federal firearms license to sell or manufacture firearms.

Additionally, agents received information that FERNANDO was a trafficker of narcotics. ATF agents then arranged a series of controlled purchases of firearms and narcotics with FERNANDO through recorded communications on Instagram.

Roles of FERNANDO, FLORES and GOMEZ

FERNANDO was a trafficker of both firearms and narcotics and told an undercover agent (UCA) he acquired the firearms from multiple sources of supply. During his involvement, FERNANDO also met with a UCA to hire them to kill someone who had robbed FERNANDO.

FLORES worked with FERNANDO to carry out firearm sales transactions. During one such transaction, FLORES placed a loaded gun to the side of the UCA,

threatened to kill the UCA, and robbed the UCA of the money that was presented to purchase the firearm.

GOMEZ worked with FERNANDO to carry out drug sales transactions. GOMEZ told UCAs that he acquired the drugs from Mexico and had connections to a drug cartel. Conduct of FLORES

On February 17, 2023, FERNANDO sold the UCA a black and tan PMF pistol with 29 rounds of assorted 9-mm ammunition in exchange for $1,500. In addition to the black and tan PMF pistol, FERNANDO also agreed to sell an undercover ATF agent a Glock pistol with a full auto conversion switch, commonly referred to as a "Glock switch." The parties agreed to complete the sale on February 17, 2023, for a total amount of $4,200. FERNANDO arranged for the UCA to meet with FLORES to complete the sale of the firearm.

On February 17, 2023, two ATF undercover agents (UCA1 and UCA2) traveled to a Walmart parking lot on Murphy Canyon Road, in San Diego. FERNANDO texted UCA1 stating "my people are there." FERNANDO was brokering the firearm transaction but was not going to be at the location to introduce UCA1 to the associate, later identified as FLORES.

UCA1 and UCA2 arrived at the meet location driving an undercover vehicle. Upon arrival, UCA1 parked the vehicle near a Chevrolet Malibu sedan. UCA1 then exited the vehicle

3

and contacted FLORES, an occupant of the Malibu. UCA1 asked FLORES to enter their vehicle, but FLORES insisted they do business in the Malibu where the firearm was located. UCA1 agreed and entered the rear passenger seat of the Malibu. The UCA2 remained in the undercover vehicle.

Inside the Malibu was a male driver who FLORES referred to as "Emilio," and another occupant seated in the front passenger seat. FLORES held a black pistol in his lap that appeared to be the Glock pistol for sale. The Glock pistol had an extended magazine inserted into the pistol and what appeared to be a machinegun conversion device (commonly referred to as a "switch") installed where the backplate is on a Glock pistol.

UCA1 requested to hold the firearm, but FLORES insisted on seeing the money first and counting it. UCA1 removed $2,000 (pre-recorded ATF funds) from their pocket and began counting the funds. As UCA1 finished counting the funds, FLORES functioned the firearm's slide and chambered a round, making it ready to shoot. He then placed the muzzle of the pistol onto UCA1's ribcage. FLORES stated, "Get the fuck out the car dog before I smoke you." FLORES simultaneously grabbed the counted funds from UCA1's hand.

UCA1 began saying "easy bro, easy" as UCA1 exited the Malibu in fear for their life. UCA1 had their hands in the air saying, "Don't shoot me." The Malibu fled from the parking lot at a high rate of speed as UCA1 exited the vehicle and surveillance units

lost visual. Following the incident, UCA1 and UCA2 were provided a photograph of FLORES and positively identified him as the individual who robbed UCA1.

Arrest of FLORES

On February 17, 2023, San Diego, California, Police Department (SDPD) set up an emergency GPS position on FLORES' phone number while another UCA arranged for the purchase of an illegal flavored vape pen from the defendant. FLORES arrived at the meeting location, while driving a 2017 Ford Escape, and SDPD conducted a felony hot stop. FLORES exited the vehicle with his hands up but made some movements that were not in compliance with the orders he was given. FLORES eventually complied with officers and was taken into custody. A passenger in the defendant's vehicle, later identified as FLORES' grandmother Hortensia Padilla, was compliant with commands.

A firearm holster was located on the front passenger floorboard, and a loaded firearm with an extended magazine was located under the front right passenger seat of the vehicle. The firearm was a Glock 45 (serial number BUKC318) 9-mm pistol with an inserted 28 round extended magazine, which contained 20 rounds of unspent 9-mm ammunition. The pistol also had a "switch" affixed to the rear of the slide, which converts the semi-automatic firearm into an automatic machinegun. UCA1 also identified the firearm as the same firearm FLORES assaulted him with. A records check revealed the firearm was not registered and subsequent analysis of the firearm

and magazine revealed FLORES' DNA.

Post arrest, FLORES admitted the Glock pistol recovered at the time of his arrest belonged to him and claimed he found it near a trash can near the Chula Vista mall. He stated he carried the firearm for protection after being shot at a month or two before and described the experience as scary and terrifying. FLORES denied knowledge of the robbery and stated he was at his grandmother's residence at the time of the robbery. FLORES provided consent to search his phone, which showed a recent search history of the address and location where the robbery had occurred and the victim's number in the call logs.

Following FLORES' arrest, later that same day, a search warrant was executed at his residence in Chula Vista. Inside the closet of FLORES's bedroom, officers discovered a large sum of cash, specifically $13,960 and $1,900 of those serial numbers matched the pre-recorded ATF funds taken from the UCA1 during the robbery. Additionally, ten Xanax pills, one thirty-round magazine, and assorted 9-mm ammunition were found in FLORES' residence.

FLORES was released from San Diego County custody to federal authorities on March 6, 2023

On March 24, 2023, a five-count indictment was filed in the Southern District of California, variously charging the defendants listed on page 2 in Counts One to Three with a violation of 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine; Count

Four with a violation of 18 U.S.C. § 111(b), Assault on a Federal Officer with a Deadly or Dangerous Weapon; and in Count Five with a violation of 18 U.S.C. § 924(c), Brandishing a Firearm in Furtherance of a Crime of Violence. A criminal forfeiture was filed pursuant to 18 U.S.C. §§ 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

On March 7, 2024, a seven-count superseding information was filed, variously charging the defendants in Count One with a violation of 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine; in Counts Two to Four with a violation of 21 U.S.C. § 841(a)(1), Distribution of Methamphetamine; in Count Five with a violation of 18 U.S.C. § 111(b), Assault on a Federal Officer with a Deadly or Dangerous Weapon; in Count Six with a violation of 18 U.S.C. § 924(c), Brandishing a Firearm in Furtherance of a Crime of Violence; and in Count Seven with a violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D), Engaging in the Business of Dealing Firearms Without a License, and 18 U.S.C. § 2, Aiding and Abetting. A criminal forfeiture was additionally filed as reflected above. Jonathan Manuel FLORES was charged in Counts Five to Seven.

On May 16, 2024, Mr. Flores pled guilty to Counts Five, Six, and Seven from the

superseding information

## .II.

## **Statement of Facts**

Defendant's Sentencing Memorandum                                3:23-CR-00512-CAB

Mr. FLORES adopts the factual basis recited in the plea agreement he entered into on March 17, 2022.  Additionally, Mr. FLORES adopts the facts she reported to USPO Nadine Rego June 11, 2024, while  interviewed via video conference from the U.S. Probation Office in San Diego, while in custody at CoreCivic in Otay Mesa, California. and those recounted in the Presentence Investigation Report (hereinafter referred to as the "PSR").

### III.

### Individual Before the Court

Mr. Flores born and raised in Bonita, CA, with both his parents and two siblings. He is the second of three children born to his parents. His father owns a business, and his mother recently started working at a social service agency. His family did not struggle financially, as both parents worked consistently throughout his life.

He denies, experiencing physical abuse or neglect during childhood, he disclosed being sexually abused by a neighbor when he was young. He grew up in an otherwise living family.  As child the age of 5 his parent's noticed Jonathan was very hyperactive, he had undiagnosed ADHD.  They signed up to the gym Alliance MMA where he trained in mixed martial arts 5-6 days a week. He was natural to MMA His coaches instilled in him respect, discipline, teamwork, and leadership. Jonathan was a leader within the group. He also played football throughout High School.  He excelled in MMA and Boxing, accomplishing several Regional, State and National Championship Titles in in

Defendant's Sentencing Memorandum                                   3:23-CR-00512-CAB

MMA and. In boxing he made it to the Nationals where he fought for the Championship Title.

His ADHD was coupled with his childhood trauma addressed in his psychological report. Beneath the surface of his athletic achievements, Jonathan harbored undisclosed childhood traumas. These deep-seated issues went unaddressed, masked by his relentless focus and dedication to his sporting endeavors, especially boxing competitions. The structured environment and rigorous training schedules provided him with an outlet for his ADHD, allowing him to channel his energy in positive ways and keep his traumas at bay. However, when the COVID pandemic struck, bringing the world to a standstill. For Jonathan, this meant a sudden cessation of social interactions, training sessions, and competitions. The isolation that ensued left him without the outlets that had once kept his ADHD and traumas in check. Deprived of the structure and camaraderie sports provided, Jonathan found himself adrift. In this newfound isolation, Jonathan began associating with a troubled crowd. The lack of positive outlets led him down a perilous path, one marked by drug use and poor decision-making. The very ADHD and trauma that had once been managed through sports now found a negative release, spiraling Jonathan into a cycle of harmful and destructive behaviors.

According to his parents, COVID pandemic  was when they saw a marked change in Jonathan. He started hanging around with the wrong crowd, an older crowd,

not his normal high school friends. He started losing interest in school, sports,

smoking marijuana, stopped training, not coming home, etc. His father felt he was

easily influenced by this older crowd, and he started going down the wrong path. He

started experimenting with other drugs, started selling drugs, making easy money. He

liked that lifestyle. In 2022 things took a turn for the worse he was introduced to

opioids Xanax and Fentanyl, and he got heavily addicted, especially to Xanax. Where

he considered he was self-medicating his problems away. When his parents,

confronted him with his self-destruction, his downward spiral.   He started crying and

saying I don't care; I hate my life I want to die. He disclosed to his parents that he was

molested, by neighbor.  He had a complete mental and emotional breakdown. He had

been living with the trauma, since he was five years old.  However, he still had not

dealt with the trauma.  His parents  sought psychiatric therapy and rehabilitation. But

he did not want help, he refused. His mental state of mind was not there. He refused

treatment, and his parents could not have him living in the family home being

disruptive to the rest of the family.  He went to live with his grandmother.

## ADDITIONAL TRAUMA PRIOR TO HIS ARREST

While at his grandmother's, he continued to spiral.  One incident in his life, was

that he shared a room with his uncle.  He had gotten into an argument with his uncle

and the rest of the family and grandmother had sided with Jonothan.  A few days later

his uncle committed suicide, he hung himself in their room.  He was discovered by

10

Jonathan.  His self-destructive spiral intensified.  He did more drugs.  Acted increasingly reckless with his risk taking and downright bad decisions.  In a three-week period, he was involved in three car crashes.  On of which he was hospitalized.

Although he had a strained relationship with his father as a teenager, their relationship has improved.  Since Jonathan's arrest, he has had time and the opportunity to detoxify.  He is off the zanax and variety of drugs he was taking.  He is clear headed.  He understands the damage he has caused to himself, his family, the community and the undercover officer he assaulted.  He is deeply remorseful and is looking forward to improving his life.

The person before the court, is a stark contract from the person he was as a child, competitor and son.  The person that was arrested and charged with the instant offense, is a stark contrast from that young man.  Fortunately, and thanks to his arrest, he is no longer on a downward spiral.  Much damage has already been done with his life, he is looking at a long period of incarceration.  He is also looking forward to, having learned from his mistakes.  To getting his life on track once again, be proud of himself and for his family. Time in custody became a turning point for Jonathan. It provided him with the space and clarity to reflect on the various paths his life could take. Determined to succeed, Jonathan is making the conscious decision to steer his life in a new direction. He  is committed to confronting his ADHD and PTSD in constructive ways, leveraging the tools and support systems available to him.

Defendant's Sentencing Memorandum                                    3:23-CR-00512-CAB

Release Plans: Mr. JONATHAN MANUEL FLORES plans on continuing his education and working with his father once he is released from custody.  ,

## IV.

## Involvement in the Instant Offense

Mr. FLORES admitted his actions in this case and recognizes that his actions were extremely dangerous.  He recognizes there are consequences for his actions.

## V.

## The court must consider the directives set forth in 18 U.S.C. § 3553(a)

Mr. FLORES , under his plea agreement, may seek variances or sentencing reductions under 18 U.S.C. §3553(a), and the Court should consider all of the factors set forth in that section when making a sentencing determination. (*United States v. Booker*, 543 U.S. 220 (2005)).  The factors set forth in §3553(a) fall into three general categories: (1) the nature of the offense; (2) the history and character of JONATHAN MANUEL FLORES; and (3) the needs of the public and the victims of the offense.

In the instant case, each category considering the specific statutory factors under §3553(a) weighs in favor of granting Mr. FLORES a fair and reasonable sentence.

## A.    Nature of the Offense.

First, the Court should consider the nature of the offense.  The crime with which Mr.

12

FLORES was charged with was dangerous, and self-destructive on his part. He was involved in the distribution of Methamphetamine; Assault on a Federal Officer with a Deadly or Dangerous Weapon; Brandishing a Firearm in Furtherance of a Crime of Violence; and in Engaging in the Business of Dealing Firearms Without a License, Mr. FLORES now understands the gravity of his actions, that his own drug addiction contributed to the offense and deeply regrets his actions.

**B.** **History and Character of JONATHAN MANUEL FLORES.**

Second, the Court should consider the history and character of JONATHAN MANUEL FLORES.

**1. Mr. FLORES 's Criminal History.**

The total criminal history score is one. According to the sentencing table in USSG Chapter 5, Part A, a criminal history score of one establishes a criminal history category of I. (PSR¶74}

.**Mr. FLORES 's Background and Character.**

*b. Family Support.*

Mr. FLORES enjoys the support strong support from his family. Prior to his arrest, his family attempted to intervene. However, at the time he was not willing to accept that he had a problem. He was on a self-destructive path. Since his arrest, he has matured and had time to reflect on his actions. His decisions that got him to this point. He is amenable to counseling. He is willing to deal with his drug addiction, his childhood

trauma.  In addition, his family has reached, out to Reginal Washington founder of PROJECT AWARE "I am personally willing to mentor him and help him build the emotional literacy skills necessary to reintegrate into society. Through our program at Project AWARE, he can share his experiences with others, helping to prevent them from following a similar path. The impact of imprisonment on Jonathan would likely be traumatic, particularly given his young age and mental health history." See Letter attached and incorporated by reference, from Project Aware.

### c. Physical Condition

Mr.  FLORES believes he is the healthiest he has been in a while because he is sober. Prior to his arrest in the instant offense, was in a car accident and had been hospitalized. He has not complained of residual issues. At the age of 11 or 12, he hit his head on a doorknob causing a laceration that required stitches. He fully recovered from the injury.  He is not being prescribed any medication. (PSR¶93-98)

### d. Mental and Emotional Health

Mr. Flores has experienced two significant traumas for which he has never had psychiatric treatment. He was sexually abused as a child and he discovered his uncle hanging in his room, a profoundly distressing and traumatic events. Since then, he has experienced vivid, intrusive memories of the incidents, which have triggered significant anxiety and depression.  Please see  Dr. Gomez FORENSIC PSYCHOLOGICAL EVALUATION

14

(PSR¶45)

### d. Substance Abuse

FLORES first consumed alcohol at the age of 12, and last drank a couple months before his arrest herein. He described himself as a social drinker on weekends primarily. 104. The defendant began using marijuana at the age of 12, while in middle school. Initially, he used the drug rarely and at the age of 15, it progressed and became more frequent use. Before his arrest herein, he used marijuana daily except for a six-month period in which he trained for a national boxing tournament.

Between the age of 16 and 18, FLORES used mushrooms about two to three times a month. He experimented with powder cocaine a few times after turning 18. At the age of 15, he began using Xanax and Percocet prescription medication. Before his arrest, he used Percocet "once in a while" but became addicted to Xanax. He used the drug heavily and built a high tolerance that he would take 10 to 15 Xanax pills per day. During this period of substance abuse, FLORES felt as if he was a "zombie;" he said he did not eat much and had difficulty sleeping and functioning. He has a very foggy memory of this time in his life including the day of his arrest. He added that he crashed three vehicles, because of his drug use. His said his substance abuse fueled 99 percent of his actions, and it also negatively affected his relationships.

His parents had offered to help him get treatment in the past and he refused.  He realizes now that he was young and foolish, and he is very much interested in drug treatment today.(See PSR¶103-109)

.

### e. Education.

In 2022, FLORES graduated from Bonita Vista High School in Chula Vista.  His grade point average was 2.72.  this was verified from his school transcript. He always did well in school. He hopes to further his education with a degree in business someday, so he can help his father run his company

### f. Employment.

In 2021 at the age of 16, he worked as a host at Manna BBQ in Chula Vista He worked part-time and earned minimum wage plus tips for about a year and a half.

At the age of 17, FLORES began working for a family friend's business, Kreative Houses. He helped move furniture for staging homes that were on the market to be sold. He worked full-time and earned minimum wage. FLORES worked here for about seven months up until a month or two before his arrest herein.

### g. COVID-19

The COVID-19 pandemic appears to be a turning point for Mr. Flores, prior to the pandemic he was doing well in school.  Training for MMA events, playing school sports, had a girlfriend a stable social life.  Pre pandemic, he had an outlet for his ADHD, Childhood Trauma.  During the pandemic, that outlet was eliminated, and he began to self-medicate,

leading to his downward self-destructive spiral.

## C.   Needs of the public and the victim.

Finally, the Court should consider the needs of the public and the victim, where applicable.  Here the victim was a law enforcement officer who had undertaken a dangerous assignment.  Purchasing a weapon from an unknown individual.  Mr. Flores, addicted to drugs and already on a downward spiral with impulsive decision making.  Fortunately, neither the officer nor Mr. Flores, were hurt.  Mr. Flores recognized that his actions have consequences.  He wants the court and the officer to know he is deeply sorry for his actions.


## VI.

## Sentencing Recommendation

Mr. Flores respectfully requests a 72 months sentence, he acknowledges, his poor choices.  His responsibility and that his actions have consequences.  He is looking forward to improving his life, reuniting with his family and learn from this experience.

Respectfully submitted,

Dated: April 23, 2025                    *s/Carlos C. Ruan*

                                                          CARLOS C. RUAN, ESQ.

                                                          Attorney for Defendant

Defendant's Sentencing Memorandum                    3:23-CR-00512-CAB
                                                          Jonathan Manuel Flores
                                                          3:23-CR-00512-CAB 17

Dear Officer Duncan,

Thank you for taking the time to read my letter. My name is Jonathan Flores, first and foremost I'd like to start by sincerely apologizing for what I put you through Feb. 17 of 2023. I'm terribly sorry for the trauma I caused you and your family. I know you might not be able to ever accept my apology, but I want to thank you because you saved my life. I was not in a good place at that time and if I would have kept doing the things I was doing I probably would've hurt or killed someone or myself. Coming to jail and meeting all these different types of criminals I've got to appreciate law enforcements what you do for the communities. The world would be a pretty nasty place if we didn't have people like you locking away the bad guys. I want you to know I'm not the same person you met Feb. 17. Since my arrest I've been working to be a better person. You saved my life, and you changed my life for the good. You don't have to ever worry about running into me again. I hope one day I get the opportunity to apologize to you in person.

I'm sincerely sorry for what I put you through.

Sincerely,

Jonathan Flores.

Dear Honorable Cath Ann Bencivengo.

First and foremost, I'd like to start by apologizing to Officer Duncan and his family, to the courts and to the community. I'm deeply sorry to anyone my actions have ever impacted. I understand the severity of my crime and no amount of apologies can excuse what I did. In this letter I hope to express my remorse and to tell you a little about myself and how I fell down this path. I grew up in Bonita Ca. with a good loving family. I went to and graduated from Bonita Vista High class of 2022. I have 2 siblings my older brother is currently at SDSU and my younger sister is currently at Southwestern College studying law. Most of my childhood my mother was a stay at home mom and my father worked. The majority of my peers and classmates are in college, working or in the military. It brings me deep shame to be in this position when I had everything to succeed in life, a straight normal life. I don't know why I chose to participate in criminal activity. I started using drugs at very young age because of some things I went thru as a child. The days leading up to Feb. 17, 2023. I wasn't in the right state of mind. A couple of weeks before Feb. 17 my uncle committed suicide. I found him hanging in his room. We had gotten in a fight a couple days before days he killed himself. I blamed myself for him killing himself. I started popping alot more pills and being reckless I was mad at myself mad at life at the world. I felt I could've stopped him and I think being in that state of mind is what led me to commit the crime on Feb. 17.

In these 2 years of my incarceration, I've learned to take responsibility and ownership for what I did. Everybody goes through things in life and it's no excuse, but I will say my drug use played a big role in my decision making. When I think back to the person I was out there it brings me deep shame and embarrassment I was young lost and purposeless. I can't change the past, but I can change the future and that's what I plan on doing. These past 2 years of my incarceration have been a journey of self help and self rehabilitation. I've finally found myself I know who I am and what I want in life, I try to remind mysef I'm in here physically not mentally everyday working to be a better person then I was the day before so when I get my second chance at the world I don't mess it up.

I know I can be a positive member of society when I get out I want to help my father with his business, I want to go to college earn a degree or learn a trade. I want to be a positive member of society. I have goals I want to accomplish, for the first time in life I want to do good for myself and I care about myself.

I also have an external support group helping me and will continue helping me with my rehabilitation into society. When I get out I plan on helping them with the youth. Helping the youth in avoiding going through what I went through. Hopefully by sharing my mistakes and telling them there is no future in drugs and crime I can save someone's life.

I am truly sorry for what I have done. I promise to continue working on myself to become a productive part of society.

Thank you for taking the time to read my letter your honor.

Sincerely,

Jonathan Flores

March 25th, 2025.

From:   Omar Antonio Flores
        575 Otay Lakes Rd. #11
        Chula Vista, Ca 91913

Re:     Jonathan Manuel Flores
        Case #3:23-cr-00512-CAB,

Dear Honorable Judge Cathy Ann Bencivengo & US Attorney Alicia Williams,

My name is Omar Antonio Flores, Jonathan's father. I was born and raised in East Los Angeles, Ca. in 1973. Straight out of high school in 1991 I went to work at Kafco Sales Co. I needed and wanted to help my single divorced mom raise my three siblings and me. In 1999 I was promoted to manage our newly opened branch in Tijuana B.C., so I decided to move to beautiful San Diego Ca. Where I met my beautiful wife Ydania Carignan, we have been blessed with three beautiful children, Omar 22yrs, Jonathan 20yrs, and Natalie 19yrs. My son Omar is currently attending San Diego State, majoring in Film Television Media Arts FTMA. My daughter Natalie is currently attending SWC where she is working on her college credits AA to qualify to attend a university to pursue a degree in political science. My wife is a Patient Service Representative at Family Health Centers, where she has worked on and off for the past 16 years, she took some time off to raise our kids. I worked for Kafco Sales Corporation for the past 31 years, 25 of those years in Tijuana Baja California Mexico as General Manager and Legal Representative. I'm also a 25% shareholder in the company. Unfortunately, my boss and business partner of over 28 years Mr. Akira Urakawa passed away of cancer in October of 2018. And in February of 2023 I was terminated by the new majority shareholder. Our vision where completely the opposite, we could not see eye to eye, so she fired me on 02/17/2023. With this I was forced to open my own company in January of 2024, OSAFETY. We specialize in Personal Protection Equipment. Protecting our workforce, protecting people's health and wellbeing. Same thing I've been doing for most of my life.

I would like to apologize for my son's actions. I send my apologies to the Federal agent for whom my son assaulted. I'm so sorry for the danger my son put you through. My most sincere apologies to you and your family. I pray that someday you'll find it in your heart to forgive my son. I know it's a lot to ask for. I ask for your forgiveness and understanding. My son was not himself at the time. He was heavily addicted and high on opioids Fentanyl and Xanax; he was mentally lost, not himself.

I never thought that one day I would be writing a letter pleading for my son's future and life. I guess it's better than having to write my son's obituary. I thank God my son is alive.

With this letter I'm not trying to downplay what my son has done. What he did was atrocious. We are deeply disappointed and saddened by his actions. With this letter all I'm trying to do is shed a little light on the other side of my son's life, the good side, the bright side. At this moment NO ONE has mentioned one good thing about my son. All the court has heard is all the bad things he has done. And our failure as parents. My son was and is a good kid. Prior to him getting addicted to drugs and getting in trouble with the law. My son was a good kid, sibling,

friend, athlete, team captain and student. He graduated from High School with good grades. Throughout all his schooling he maintained good grades, on his way to college under a program called Compass for Success.

At the age of 5 we noticed Jonathan was very hyperactive, so we signed up to the gym Alliance MMA where he trained in mixed martial arts 5-6 days a week. He was natural to MMA His coaches instilled in him respect, discipline, teamwork, and leadership. Jonathan was a leader within the group. He also played football throughout High School. But my son excelled in MMA and Boxing, accomplishing several Regional, State and National Championship Titles in in MMA and. In boxing he made it to the Nationals where he fought for the Championship Title. Unfortunately, losing to the number one ranked boxer in the nation. This is a big accomplishment for any teenager. It took a lot of dedication and discipline to make it here. I was so proud of him!

We started having problems with Jonathan during COVID. He started hanging around with the wrong crowd, an older crowd, not his normal high school friends. He started losing interest in school, sports, smoking marijuana, stopped training, not coming home, etc. My son was easily influenced by this older crowd, and he started going down the wrong path. He started experimenting with other drugs, started selling drugs, making easy money. He liked that lifestyle. In 2022 things took a turn for the worse he was introduced to opioids Xanax and Fentanyl, and he got heavily addicted, especially to Xanax. Where he considered he was self-medicating his problems away. One day we started arguing regarding his addiction and problems with the law. We told him we were scarred that one day we would lose him to an overdose, or that he was going to kill someone, or get killed. He started crying and saying I don't care; I hate my life I want to die. Then he goes on to say I'm going to get that MF, he took advantage of me, he ruined my life. He had a complete mental and emotional breakdown. After all these years of holding it in, he finally opens-up and tells us that he was sexually abused at the age of 5 by an older kid/friend of his from the condominium complex we lived in. We were completely distraught! This gave us a better understanding of the mental problems and addiction my son was going through. We needed professional help. He was not going to sober up on his own and he needed psychiatric attention. We sought psychiatric therapy and rehabilitation. But he did not want help, he refused. His mental state of mind was not there. He would say counseling and therapy are for crazy people, I'm not crazy. I don't need rehab, I can quit whenever I want, I don't have a drug problem. We tried forcing him to go into a rehabilitation program to the point that we kicked him out of the house for not wanting to go into rehabilitation program. He didn't care; he would just be out on the streets with his friends. This worried us even more, not knowing where he was or if he was ok. But we had to be strong for our other kids.

I would cry and pray to God for my son to get arrested before something serious could happen to him. And he did get arrested, I was so happy. Can you believe that happy for my son being arrested. Note my son was under surveillance by the ATF as of June 2022. Throught August of 2022 and November 2022 my son was arrested 4 times. All 4 times were felony offenses. Every time he was arrested, they released him. I asked the police officer to keep him, why are they releasing him as you can see my son needs help, please help me, keep him in jail so he can sober up and maybe he'll realize that this lifestyle is not for him, please help us, my wife and I have tried everything, but he won't listen, he's lost he needs help.

The officer pulled me aside and told me, I am sorry the District Attorney said we must release him and there is nothing he can do. If it was up to him, I would keep him in jail, where he belongs. He also mentioned to me to take good care of your son he's running with some bad people. I told him that's why I need the system to hold him in jail so he could sober up and put him into a rehabilitation program. I asked the officer what would happen if I didn't sign him out and leave him in jail, the officer said he would get handed over to Child Protective Services CPS. Looking back at things now, I shouldn't have signed him out, I should have let him go into CPS. And just maybe things wouldn't have gotten to this point. I thank God my son is still alive, and that he did not hurt or kill someone.

It was so hard on our family knowing that one day we could lose our son, we had to live with the fact that this could happen. And on Feb. 5th, 2023, we almost lost him in a car accident. While under the influence of opioids, he was speeding and lost control of the car flipping it over several times. I thank God my son survived this horrible accident and that he is still alive. (Below are pictures)

I know and accept that my son deserves to be punished, and he will serve several years in Prison. I beg the court to please consider my son's future while sentencing him. He is sorry and regretful for what he has done. He was so high and mentally lost, not in the right state of mind at the time. I don't want to lose him to the system. The longer he spends in prison, the higher the risk of him becoming institutionalized. He's young and made mistakes, his brain was not fully developed yet, plus we just recently found out that in his Forensic Psychological Evaluation (01/27/2025) my son was suffering and was diagnosed with PTSD and ADHD and his addiction to opioids made things worse, not comprehending the consequences of his actions. He has a bright future ahead of him, with a good support system behind him. I also have a job waiting for him at my company, I could use some help. As a parent I ask for your understanding and leniency. Please give him another chance. I know my son and I know that if he was sober, he would not have done what he did. When we visit him in prison, we get to hug him, see him sober and alive, it is so relieving! But not knowing how long we are going to lose him for is killing me inside. All I want and pray for is to have our child back home, our family is not complete without him. I'm sorry we just miss him so much.

Thank you for taking the time to read this letter.

Sincerely,
Omar Flores
(323)833-3666
Omarflores73.of@gmail.com


**Below are Images of my sons childhood**: Pg. 4-8

**May 2022, Months before his opioid addiction.**

  

**August 2022**



**February 5th, 2023, two weeks before his arrest.**



Jonathan Manuel Flores
3:23-CR-00512-CAB 24









*In Loving Memory*

*Anggelo Carignan*

Funeraria del Angel
607 National City Blvd.
National City, CA 91950
Sat. Jan. 28th, 11am-6pm
Priest Blessing: 1:00-1:40pm



Jonathan Manuel Flores
3:23-CR-00512-CAB 26








Jonathan Manuel Flores
3:23-CR-00512-CAB 27





Ydania K Carignan
(619)213-8275
Ydaniac@gmail.com


Dear Honorable Judge Bencivengo,

I am writing this letter to express my support for my son, Jonathan M. Flores. I am fully aware of the circumstances surrounding his case, and I would like to share my personal perspective on his character. As his mother, I have had the privilege of raising him, and I know that he is more than the mistakes he has made.

Jonathan has always been a kind, respectful, and hardworking individual. From a young age, he displayed a genuine care for others and a strong moral compass. He was the type of person who would stand up to bullies on behalf of others and assist his classmates when they struggled. At home, Jonathan consistently went out of his way to help without being asked, and his teachers often praised him for his kindness and diligence in school.

Jonathan also demonstrated dedication and discipline through his involvement in sports, particularly boxing. He started bing at the age of six and continued until he was 17. I recall a moment when he was 12 and in the boxing ring—he hit his opponent harder than intended and immediately stopped, concerned about the other child's well-being, even as his coaches urged him to continue. This incident illustrates Jonathan's deeply empathetic nature and sense of compassion.

While I cannot diminish the seriousness of Jonathan's actions, I firmly believe that he is extremely remorseful and committed to change. He understands the gravity of his mistakes and the impact they have had on others. However, I do not believe that an extended prison sentence will serve his rehabilitation or help him contribute positively to society. He is still young, with the potential to grow and learn from this experience.

I respectfully ask for leniency in Jonathan's case and urge the court to consider alternatives such as rehabilitation and counseling. I truly believe that these measures would be more effective in helping him turn his life around than a prolonged period of incarceration. Jonathan has so much to offer, and I have full faith that he can emerge from this situation as a better person and a contributing member of society.

Thank you for taking the time to consider my words and this heartfelt plea. As a mother, I remain hopeful that Jonathan will be given the opportunity to prove his ability to change.

Sincerely,
Ydania Carignan

July 1ˢᵗ, 2024

From: Omar Flores Jr.

Regarding: Jonathan Manuel Flores

Dear Judge Cathy Ann Bencivengo and US Attorney Alicia Williams

I am Omar Flores, the older brother of Jonathan Flores. I am currently attending San Diego State, a school which my brother would have attended immediately after high school. He was in a program called Compass for Success of which he maintained above a 3.3 GPA and clean attendance record throughout his 4 years Bonita Vista High School, he was on the road to the school San Diego State. Unfortunately, my brother did a complete reverse and turned to drugs and crime.

My brothers and I's relationship has been a tumultuous one as of late, but it didn't start off this way. His jovial athletic adolescence was stolen by a neighborhood boy around my age who suffered the cycle of sexual molestation and took advantage of my brother. This revelation came to light to my family recently after my brother had an emotional breakdown in a moment of seldom sobriety. My family, since my brother's behavioral shift around middle school, when he realized what had happened to him, often blamed my brother's confidence and hubris. He had a terrible case of middle brother syndrome is what we often joked about. It wasn't until the violence and drugs emerged when we could no longer laugh. Since as long as I could remember, I was a timid, socially awkward young man. This would clash with my brother's emerging aggression. We used to get along and cherish our company until he changed. I would rather take my chances at school where I could mind my own business opposed to being at home with my brother. Frankly I hated my own brother for what he was but now I reflect on this period with sympathy and sorrow. I wish my brother would have told us sooner, he shouldn't have held it in and he still refuses to go into detail but my sympathy is nothing more than that.

I do not grant him empathy for his cruelness or violence which has landed him in the courts. What my brother did was wrong, and any excuse would be a waste of your time. From this letter, I hope to highlight my brother's character before the violence and before the drugs. While he is deserving of consequences, he is equally deserving of redemption. He needs a helping hand to guide him to redemption, in therapy or a drug program. It would serve him more harm to be alone in a box without programs such as mentioned. For he has already served his time in a box all his life since that neighborhood child stole his innocence. I hope this letter will help you understand who my brother was and not what he is today because I miss what he was. He can be saved.

Sincerely,

Omar Flores Jr.
(619)636-0442
omarflores6467@gmail.com



# Project **AWARE** Enterprises, Inc.

### . . . a simple program for complex people

09.03.24

Re: JONATHAN MANUEL FLORES

**The Honorable Judge Cathy Ann Bencivengo**

Dear The Honorable Bencivengo,

I am writing this letter in support of Jonathan Manuel Flores. As the founder of Project AWARE, I interact with many community-based organizations and have had numerous collaborative relationships. In my role, I have had the opportunity to work closely with many young individuals who have faced challenges, including addiction and legal issues. The Project AWARE program design and our very nature is concentrated on community engagement. Project AWARE facilitators not only work the community but we are of the community. We are astute in assessing our participants, their needs and the programs which are productive for our community.

Jonathan's family has described him as a good-hearted and thoughtful person, prior to his struggles with addiction, Jonathan was an outstanding student, an accomplished athlete, and a supportive sibling. His father mentioned, graduated from High School with good grades throughout all his schooling, and is on his way to SDSU under a program called Compass for Success. His achievements in Mixed Martial Arts and boxing, where he won several regional and state championships and competed at the national level, demonstrate his dedication and discipline. These qualities are still within him, and can be nurtured and redirected in a positive way.

I don't believe he will be a danger to society, with his involvement with our program. On the contrary, I see in him the potential to be a positive influence on others, who might be at risk of making similar mistakes. With the right support and guidance, I am confident that Jonathan can turn his life around. I am personally willing to mentor him and help him build the emotional literacy skills necessary to reintegrate into society. Through our program at Project AWARE, he can share his experiences with others, helping to prevent them from following a similar path. The impact of imprisonment on Jonathan would likely be traumatic, particularly given his young age and mental health history.

As someone who has worked extensively with incarcerated youth, I know firsthand the negative effects that prison can have on an individual's self-worth and future prospects. Moreover, the adverse consequences of a conviction extend beyond Jonathan himself. His family, who have already endured so much, would suffer immensely from his prolonged absence. Jonathan has a strong support system in place, and I believe that, with the guidance of our organization, he can overcome his past and build a better future.

In closing, I believe that with the right support, he can learn from this experience, contribute positively to society. I am willing to speak with you to further discuss the benefits of this program and how our partnering has changed lives. Please contact me by either email or phone.

**Sincerely,**


**Reginald Washington**
**Founder, CEO**
**Project AWARE Enterprises**

**7931 Broadway ~ Lemon Grove ~ CA ~ 91945**
**Email** projectawareprogram@gmail.com
**www.projectawareenterprises.org**

Jonathan Manuel Flores
3:23-CR-00512-CAB 33

To: Honorable Judge Cathy Ann Bencivengo and US Attorney Alicia Williams.

Greetings,

Thank you for receiving this letter. My name is Daniel Garcia, a father of four, US Army Combat Veteran and a close friend of the Flores family. I have spent most of my adult life working closely with youth committed to the juvenile justice system and I submit this correspondence on behalf of Jonathan Flores. To the system he is merely another pre-trial inmate, to my family and I he is a respectful young man, and a close friend to my oldest son and daughter. I have known Jonathan since he was 5 years old, his friendship with my son is what brought our families close together. Though I cannot argue against the path Jonathan has wandered down, I can wholeheartedly endorse him being given as much amnesty as possible because of the tremendous support system he has in place.

My profession has allowed me to see circumstances and the environments that contribute to recidivism. Jonathan is fortunate enough to have two devoted parents in addition to close siblings, other relatives and close friends who will aid in his rehabilitative process. His support system, environment and family dynamic are not consistent with a repeat offender. He has many positive things in place for him. I am aware Jonathan may not get the chance to reform himself for any number of years. I can only urge you to consider how much more difficult it may become to save this young man from himself should he become too comfortable with being incarcerated. The prison system is systemically overwhelmed causing many inmates, especially younger ones, to live in survival mode which only increases the likelihood of additional criminal activity.

Thank you for taking the time to read this letter. I hope Jonanthan will be looked on as someone who needs our help. We are here for him always.

Respectfully,

Daniel Garcia

(619)791-9336

dag74354@gmail.com

From:
Dulce Acosta MSW
Senior Principle Director
Community & Local Government Partnerships
University Relations
University of Southern California
Darias@usc.edu
(323)781-8818

January 24, 2024

To:
United States District Judge
United States Attorney

Dear Honorable Judge Cathy Ann Palumbo Bencivengo & US Attorney Alicia Williams,

I am writing you this letter in support of Jonathan Flores. My relationship with Jonathan stems from his birth. Omar Flores is Joathan's father and my first cousin. My husband and four children consider Jonathan and his siblings our nephews. I have witnessed Jonathan's upbringing, strengths, and struggles.

Jonathan spent many weekends, holidays, and celebrations in our home. My endless stories of resilience and perseverance always resonated with Jonathan. I consider him an old soul with a heart to serve others. Please consider investing in a young man who has made mistakes but has the potential to change.

As I cannot attest to his charges without a doubt, I can testify to his character as a respectful young man. As a mother and social worker, he is capable and has all the support necessary to change his life trajectory to be a productive, abiding citizen.

Struggle with addiction influenced Jonathan's decision and behavior. Substance abuse is an illness and not a crime. Jonathan is not a criminal or a threat. He is a young man with an addiction that led to actions outside of his character. Please consider a reduced or alternative sentence for Jonathan on behalf of my entire family and me. I plea that you consider all factors that can contribute to Jonathan's illness and rehabilitation; you have my personal and professional commitment to support him 100 percent. As an active advocate for community safety, I plan to support Jonathan with all my resources to ensure he can achieve his maximum potential.

Respectfully,

Dulce Acosta

02/01/2024

Dear: Honorable Judge Kathy Ann Bencivengo and US Attorney Alicia Williams,

My name is Danny Martínez. I'm a fire fighter and retired mix martial artist for the last 19yrs.
I had a nonprofit that was towards anti-bullying in the schools here in San Diego/Chula Vista as well as had a presence at Father Joes Villages where we helped with Thanksgiving service and Christmas parties for the residents. A huge part of these programs was the participation from the students I coached and their families.

I've known Jonathan Flores since he was 8 years old. I was Jonathan's Mixed Martial Arts Coach and had the pleasure of that role and getting to see him grow for about 8 years. Throughout all those years, Jonathan was always a leader and a great help to his teammates. Jonathan competed in MMA events, boxing, and Jiu Jitsu tournaments. He was respectful and silent, he led by his actions and winning. Always respectful. Jonathan would also help with the non-profit and was always with me at Father Joes Villages to serve Thanksgiving dinners and throw the families there a Christmas Eve party for Five years straight.

Jonathan and his family are some of the kindest people I've known. His family was always there for him, he was always on time for training, Monday through Saturday and Mr. & Mrs. Flores were always at the events willing to help. So, we know Jonathan has a great support system at home.

I don't think for a second that Jonathan's character is flawed or disruptive at all. I believe some of us in life lose our way at a moment and we do things we never would've done in the first place.

The opioid crisis is terrifying right now, one wrong choice is leading to choices that can change a life's course forever. I recently lost my twin brother to this opioid crisis, and I see so many others being incarcerated or dead, all ages, everywhere. Jonathan is still so young and the traits in Jonathan that I knew don't go away, sometimes they just need be found again. I know the last 11 months of incarceration have allowed Jonathan to become clear-headed, sober, to see and understand what he's done was wrong, time to realize what his future could be if he continued that path.

I'll do all I can to have more presence in Jonathan's life to make sure he has someone outside of immediate family to go to as well.

Thank you, Honorable Judge Kathy Ann Bencivengo and US Attorney Alicia Williams

Sincerely,

Danny Martínez
dannymartinezmma@gmail.com
(480)-560-4884

09/02/2024

From: Kristopher Balladares

To: Honorable Cathy Ann Bencivengo and US Attorney Alicia Williams

My name is Kristopher Balladares, a close friend of Jonathan. I am 20 years old, and I am in my third year at San Diego State to get a degree in Psychology while also having a part time job as a cashier at PetSmart. Me and Jonathan have known each other our entire lives since elementary school. Also, our sisters joining girl scouts we would find ourselves hanging out all the time then eventually he would become my best friend. Jonathan has always been one of my best friends because he would always look out for me, and he would always give me the best advice. He was very kind, outgoing, humble, motivated, and smart. Jonathan was never the type to bully someone but the type to defend a person from the bully. He was also smart and intelligent in school. My parents would always tell me to be more like Jonathan in school since he was always doing better than me and understanding more topics than me. This one time a kid was trying to mess with me and even though I did not ask for help Jonathan came anyway to defend me and he would get in trouble with the school because of it and that was just because he genuinely cared.

Jonathan and his family were always super close and supportive. His mom would take care of my sister and I sometimes and we had fun every time because their family was so loving and caring that everything seemed to fall into place. He would always talk to him as if she was a close friend of his telling all the drama, even my drama at school or something. This would be something my mom would try to tell me to talk to her more or to feel more comfortable with because my best friend Jonathan tells his mom everything and is very close to his mom. Both of Jonathan's parents would go to almost all of his events from school to sports and I remember playing in a basketball game in 6th grade with Jonathan and he was so excited his dad was going to the basketball game so to me this showed how he was very close with his parents. We both have little sisters so we both have older brother tendencies like being overprotective, overcautious, and just being another parent for our little sisters for their safety.

I feel Jonathan will be a very productive member of society because he is somebody who learns from their mistakes and takes responsibility for what he has done and will look forward to helping Jonathan in becoming a better person to our society. Jonathan was very smart and very hardworking so I know he will definitely learn skills and develop more skills and keep on working to be a good citizen. From being in sports like football, basketball, and boxing or jiu-jitsu he has learned that he needs hard work to get back up top and he is not going to shy away from a challenge and will keep attempting something until he has succeeded. If Jonathan is imprisoned for a long time, it will affect his family and friends in a negative way because he has played such a big role in all of our lives, especially mine and his parents.

I have always been close to Jonathan even if I have not hung out in a while. Our friendship is always there and to me it was like a brother going away that I will not see for some time. The adverse consequences Jonathan will have is not being accepted in society, for him not being able to find a job for him to maintain himself, and even getting distanced from friends and family. But most importantly Jonathan youth and experience in the real world that will help mature him in his later life. I feel Jonathan learned a lot from this mistake as he is experiencing being lonely, unmotivated, bored, and just wanting more normal human interaction with people. This lesson has taught him that not everything is a game, freedom is something you do not take for granted that his life when was free was the best since he could do anything he wanted, he could have been at college or in a high tier job out of high school and could have done anything else that meant something to Jonathan. Speaking on the phone with Jonathan he admitted that he regrets what he was doing and who he was hanging out with during the time. I feel Jonathan will be in slight danger because of his young age, he is not someone who will take anything from anyone and people tend to mess with Jonathan for being a "pretty boy" but he is not someone who starts fights or causes any tension.

I ask you to please consider Jonathan's young age and immaturity. And being under the influence of drugs didn't help in his decision making. I know he is regretful for what he did. And I ask for you too please give him another chance in life. We are here to help him throughout these difficult times.


Sincerely,

Kristopher J. Balladares
(619) 259-7703
kjbpats@gmail.com

9/26/24

Letter For The Hon. Cathay Ann Bencivengo,

My name is Demian Ortiz and I am currently attending Southwestern College after doing 1 year at The University Of California, San Diego. Simultaneously, I work part time at Jamba Juice and run my personal fitness business on the side while I finish up current responsibilities. I have known Jonathan for about 6 years now as a friend whom I first met at Bonita Vista Middle School. We met through mutual friends, and then started hanging out more frequently in High School. One of my strongest memories from High School was a huge group event to watch Jonathan compete in the Silver Gloves national championship in my senior year. But leading up to that, Jonathan showed a different level of commitment to boxing which was something I could not relate to at the time, but admired. Whether it came to cutting weight, going to training sessions, or observing his opponents, Jonathan had discipline. With that being said, I know that he became committed to the negative aspects of himself towards the end of his time in society. But why? That is something that I can not answer with confidence because I do not know. But what I do know is that when Jonathan finds an avenue in life in which he will commit to, he will become one of the best. And that is what gives me a lot of hope for Jonathan to be a great contributor to society. Because when he is out and commits to his next endeavor to make a living for himself and future family, he will be the best.

I was able to talk to Jonathan around 6 months ago on the phone for a short few minutes, but the first thing that he did was ask about how I was doing. That's just usual small talk so I didn't think much of it, but he followed that up with actually asking more detailed questions about the projects that I was working on. And when I asked how he is, he kept it really short and answered emphatically that he was "getting jacked." I think that he said that to me with so much energy because we used to hit the gym together a few times and he knows I am a coach. But he just wanted to keep the conversation about what I was working on. That showed me a lot about Jonathan in these times. It showed me his selfless personality which he still holds within. And if he can still hold that in those difficult circumstances, I know that he will take it with him to be a contributing member of society.

Sincerely,

Demian Ortiz

Email: demianortiz708@gmail.com

Phone: (619) 417 - 6557

Juan Manuel Flores Jr.
627 Duff Ave
La Puente, CA 91744

September 1, 2024

RE: Jonathan Manuel Flores

To The Hon. Cathy Ann Bencivengo,

My name is Juan M. Flores Jr., I am one of Jonathan's uncles and I am proud to say that I'm also his Godfather. When I was a senior in high school, I signed up on my own to serve in the U.S. Army, after being honorably discharged I attended a technical school and received my Bachelor of Applied Science degree in Electronics Engineering Technology. I currently work as an Audio Video Technician and work at school districts and colleges around Southern California. Prior to that I worked for DirecTV and AT&T for 17 years as a Field Manager. I've been married for 19 great years and have a wonderful daughter.

I love my Godson Jonathan dearly and have always been very proud of his character and achievements. Jonathan is a very kind, caring person who has empathy and a conscience. Jonathan has been brought up in a secure, loving family who are hardworking and have a strong moral code. As a young kid Jonathan started training Mixed Martial Arts at a highly accredited MMA gym in Chula Vista. With the love and parenting of his parents and learning MMA it helped develop his character. He is very respectful, focused, confident, and disciplined. He competed as a kid in MMA and as a teenager started training in boxing. He competed in boxing, at some point he ended up going to Las Vagas to compete in a state championship tournament and he ended up persevering and wining, from there he advanced to compete in the National Silver Gloves in the state of Missouri. Luckly I was able to go to Las Vegas and support my Godson Jonathan, I was very proud of his achievements, and it was a memorable event for me.

Most years my siblings and their families would get together for Thanksgiving, either in Los Angeles or San Diego. My brother Omar and his family would often come to visit us in Los Angeles, either for some family event or just to hang out with friends and extended family. Jonathan is very sociable and respectful; my friends, my aunts and cousins would speak well of Jonathan and tell me he is a good kid. My family would enjoy having my brother and his family stay over our house when they would come to Los Angeles, especially my daughter, she would be so excited to have them stay over our house. My daughter Zoey is 10 years, I did end up telling her the truth about Jonathan being incarcerated. Every so often she tells me she misses Jonathan.

I wasn't aware of the challenges in life Jonathan was going through. I wasn't aware of the incredible challenge and heart-wrenching experience my brother Omar and sister in-law Ydania were going through to help Jonathan with his substance abuse. It's difficult for some parents to express to others their challenges they are having with a child who is struggling with substance abuse. At some point I was told of what Jonathan was going through.

This year I was recently made aware of the sexual abuse Jonathan endured as a kid by another kid who was just a few years older than Jonathan. A trauma like this could lead some people to experiment with substances and I think in Jonathan's case it led him to substance abuse and eventually illegal activities.

Jonathan had thoughts of joining the military. As a veteran, I spoke to him about going to school while in the military and taking advantage of the resources the military has to offer. I have spoken to Jonathan while he has been incarcerated, and he has expressed regret and remorse for his actions. I believe Jonathan is genuinely remorseful for his actions, and I am confident that he will make every effort to ensure that he does not repeat them in the future. I respectfully request that you take this letter into consideration when making your decision.

Thank you for your time and consideration.

Best regards,

Juan Manuel Flores Jr.
Cell phone: (323) 228-0961
Email: jmf.jr68@yahoo.com

January 30, 2024

From:  Mr. Daniel T. Hernandez
       305 Camino Del Cerro Grande
       Bonita CA   91902

To:    Honorable Judge Cathy Ann Bencivengo

Via:   U.S. Attorney Alicia Williams

Subject: CHARACTER REFERENCE LETTER REGARDING JONATHAN FLORES

Dear Honorable Judge Bencivengo,

I am writing this letter in support of Jonathan Flores. Our families have been friends since the Summer of 2013. I came to know the Flores family due to our children attending the same elementary school together. It is with a heavy heart that I write this letter to request leniency when final sentencing is given to Jonathan Flores. I feel with the highest confidence that he is worth saving. Jonathan has made a mistake. While he should be punished for his part, I believe that allowing him to serve minimal time will allow for him to both pay for what he has done and at the same time have to ability to get back into society without getting over institutionalized with an overly harsh sentence.

When I first came to know Jonathan, he was just a young child. Full of grit and determination yet balanced with the softness, kindness, and respectfulness of a well-mannered young boy. His smile is what come to mind first. It is a smile that is contagious, and I always emulated when I would greet him. He would come up to me, shake my hand, look me in the eye with sincerity and respect. I knew Jonathan to be a protector. He was the type of kid that stood up for those that couldn't stand up for themselves. Jonathan did not look for a fight, but if someone needed his help or if someone was being bullied then he would step in and assist. I am not speaking in terms of violence. I mean genuinely as a friend or just a helping hand.

This is the same Jonathan that somehow lost his way. Put any good person in the wrong situation and with the wrong group of people and it's a recipe for bad things to occur. Jonathan is no different and when drugs are added to the equation, the ending result is never a positive one. Again, the facts are there, and I do not want to focus on the negative. I believe wholeheartedly that the same good decent person that I know is still in there and salvageable. I know that since he has been in custody, his head is clear. He has had time to truly realize what he has done, reflect, and has come to terms with how that mistake has changed the trajectory of his life. He is worth taking a chance on and with superior confidence I believe that he will not let his family down again and more importantly let himself down. I believe this is what it's

1

Subject: CHARACTER REFERENCE LETTER REGARDING JONATHAN FLORES

about.  It's about Jonathan facing his punishment and responsibility but also being given leniency and allowing him to learn from his poor choices.  Jonathan has a full life ahead of him and would benefit if given the opportunity to become a better man.

In closing, I would like to say that I am in no way downplaying the severity of the charges that Jonathan Fores is facing.  What I would like is for my insight into Jonathan's life to be considered.  As a 21-year veteran in the Marine Corps, I believe I have developed  good judgement of character.  In leading my fair share of young men; I have dealt with many different types of personalities and backgrounds.  From my experience I see in Jonathan a young man that made a mistake, realizes the severity of that mistake, accepts the responsibility, and deserves the leniency of the court.

Thank you for your time and God Bless.

Sincerely,

Daniel T. Hernandez
Program Analyst/US Army/Civil Service
GySgt/USMC (RETIRED)
928-446-5853
DAN.HERN74@GMAIL.COM

2

9/26/24

Letter For The Hon. Cathay Ann Bencivengo,

My name is Demian Ortiz and I am currently attending Southwestern College after doing 1 year at The University Of California, San Diego. Simultaneously, I work part time at Jamba Juice and run my personal fitness business on the side while I finish up current responsibilities. I have known Jonathan for about 6 years now as a friend whom I first met at Bonita Vista Middle School. We met through mutual friends, and then started hanging out more frequently in High School. One of my strongest memories from High School was a huge group event to watch Jonathan compete in the Silver Gloves national championship in my senior year. But leading up to that, Jonathan showed a different level of commitment to boxing which was something I could not relate to at the time, but admired. Whether it came to cutting weight, going to training sessions, or observing his opponents, Jonathan had discipline. With that being said, I know that he became committed to the negative aspects of himself towards the end of his time in society. But why? That is something that I can not answer with confidence because I do not know. But what I do know is that when Jonathan finds an avenue in life in which he will commit to, he will become one of the best. And that is what gives me a lot of hope for Jonathan to be a great contributor to society. Because when he is out and commits to his next endeavor to make a living for himself and future family, he will be the best.

I was able to talk to Jonathan around 6 months ago on the phone for a short few minutes, but the first thing that he did was ask about how I was doing. That's just usual small talk so I didn't think much of it, but he followed that up with actually asking more detailed questions about the projects that I was working on. And when I asked how he is, he kept it really short and answered emphatically that he was "getting jacked." I think that he said that to me with so much energy because we used to hit the gym together a few times and he knows I am a coach. But he just wanted to keep the conversation about what I was working on. That showed me a lot about Jonathan in these times. It showed me his selfless personality which he still holds within. And if he can still hold that in those difficult circumstances, I know that he will take it with him to be a contributing member of society.

Sincerely,

Demian Ortiz

Email: demianortiz708@gmail.com

Phone: (619) 417 - 6557

**Dear Honorable Judge Cathy Ann Bencivengo.**

It is with genuine sincerity that we express our support for Jonathan Flores. We have had the pleasure of working with him, having been introduced through his aunt, Dulce.

As the President of Champions In Service "CIS", along with my colleague David, we have dedicated the past 30 years to working with at-risk youth. Over the past year, we have had the opportunity to mentor and support Jonathan Flores.

Throughout this time, we have found him to be an intelligent young man who has faced significant challenges, particularly with addiction. Despite these obstacles, he has shown resilience and a willingness to change.

We are committed to supporting Jonathan Flores upon his release and providing him with guidance and resources to help him reintegrate successfully. If given the opportunity, we would be honored to continue working with him.

Sincerely,

Robert Arias MSW
President CIS
(818)262-5361
rarias@cisgla.org

David Rodriguez
CFCI Program Manager
(747)235-6652
drodriguez@cisgla.org



Champions In Service "CIS": https://www.cisgla.org/

**CoreCivic**

# Certificate of Participation

This is to certify that

## Flores, Jonathan Manuel

A#08569506

*has satisfactorily completed the requirements prescribed for*

### Preparation for Change - Towers of Strengths

Given on this, the ___30th___ day of ___July___, Two Thousand and ___Twenty-Four___

_____
Warden

_____
Authorizing Person

---

**CoreCivic**

# Certificate of Participation

This is to certify that

## Flores, Jonathan Manuel

A#08569506

*has satisfactorily completed the requirements prescribed for*

### Building Social Networks

Given on this, the ___30th___ day of ___July___, Two Thousand and ___Twenty-Four___

_____
Warden

_____
Authorizing Person

 **CoreCivic**

# ✵ Certificate of Participation ✵

*This is to certify that*

## Flores, Jonathan Manuel
A#08569506

*has satisfactorily completed the requirements prescribed for*

## Mapping Your Steps:
## "Twelve Step" Guide Maps

Given on this, the _____30th_____ day of _____July_____ , Two Thousand and _____Twenty-Four_____

_____
Warden

_____
Authorizing Person

---

 **CoreCivic**

# ✵ Certificate of Participation ✵

*This is to certify that*

## Flores, Jonathan Manuel
A#08569506

*has satisfactorily completed the requirements prescribed for*

## Ideas For Better Communication

Given on this, the _____30th_____ day of _____July_____ , Two Thousand and _____Twenty-Four_____

_____
Warden

_____
Authorizing Person

# ALLIANCE TRAINING CENTER

## Certifies

# Jonathan Flores

*The "Beast Award" for*

*Outstanding Achievement*

